UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA  a/k

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. OGLESBY,<br><br>Defendant. | Case No. 2:18-po-00153-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN M. OGLESBY ,

Case No.  2:18-po-00153-DB  Charge 41CFR 102.74.370 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  X    (Other): TIME SERVED

Issued at Sacramento, California on October 18, 2019 at 3:08 pm.

By: *[signature]*

Magistrate Judge Carolyn K. Delaney