10611873

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| **OGLESBY, JOHN M** | ) |
| **7936 SUNRISE GREENS** | ) |
| | ) |
| **SACRAMENTO, CA 95828** | ) |
| | ) |
| *Defendant* | ) |

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| 6238564    CA21 | 04/19/2018 |
| **Offense(s)** | **Amount Due** |
| Failure To Comply with Inspection Request - 41 CFR 102-74.370 | $260.00 |
| Case Number: | Original Court Date: |
| 2:18-PO-00153-DB | 06/12/2018 |

## ARREST WARRANT

FILED
OCT 29 2019
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _AMC_
DEPUTY CLERK

To:    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: June 13, 2018

/s/ Deborah Barnes
*Judge's signature*
Deborah Barnes

**Return**

| | Date: | Location: |
|---|---|---|
| **Received** | 6/18/18 | U. S. Marshals Service
501 I Street, Suite 5600
Sacramento, CA 95814-2322 |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 10/18/19 | 501 I. Street Sacramento CA. |

Name: Pellegrini, Frank    Title: Agent    District: FPS - Northern
Date: 10/18/19    Signature: [signature]